# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MARHAYGUE, LLC, ) | |
| ) | Case No. 2:12-cv-00322-RMG-JDA |
| Plaintiff, ) | |
| v. ) | |
| ) | **STIPULATED MOTION TO** |
| WOLFPAC TECHNOLOGIES, INC. and ) | **DISMISS WITH PREJUDICE** |
| ATLANTIC FOREST PRODUCTS, LLC, ) | |
| ) | |
| Defendants. ) | |

The parties hereby move this Court for an order dismissing the above-captioned case with prejudice. The parties hereto have been able to amicably resolve the instant dispute. Accordingly, this Court is requrested to dismiss the instant action with prejudice and with each party bearing its own attorney's fees and costs.

Respectfully submitted,

 s/William Y. Klett, III        ___
William Y. Klett, III
Federal Bar No. 5610
Nexsen Pruet, LLC
PO Drawer 2426
Columbia, South Carolina 29202-2426
Tel: (803) 253-8205
Fax: (803) 727-1452
E-mail: wklett@nexsenpruet.com

Attorneys for Plaintiff Marhaygue, LLC

        s/Craig N. Killen\
        Craig N. Killen, Esq.\
        Federal Bar No. 6291\
        Email: craig.killen@nelsonmullins.com\
        Ashley B. Summer, Esq.\
        Federal Bar No. 9560\
        Email: ashley.summer@nelsonmullins.com\
        Nelson, Mullins, Riley & Scarborough, LLP\
        1320 Main Street, 17th Floor\
        Columbia, SC 29201\
        Tel: (803) 799-2000\
        Fax: (803) 255-9831

        Attorneys for Defendants Wolfpac Technologies,\
        Inc. and Atlantic Forest Products, LLC

October 16, 2013

Columbia, South Carolina